APPEAL No. 75-170. ESTATE OF MASSIMINA VENTRIGLIA *v.* JESSIE I. MASI. Motion of defendant to dismiss appeal is granted. *John A. O'Neill,* for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 75-224. KOURY STEEL ERECTION, INC. *v.* UNITED IRON WORKS, INC. *et al.* Motion of plaintiff to remand to Superior Court is granted. *Abedon & Visconti Ltd., Girard R. Visconti,* for plaintiff.

APPEAL No. 75-227. ROBERT W. RAYMOND *v.* BURTON S. RAYMOND, JR. *et al.* Motion of defendants for a stay of the proceedings in Washington County Superior Court is denied. The plaintiff's motion to dismiss the appeal is denied without prejudice to his raising this issue in his brief and oral argument. *Justin P. McCarthy, Leonard A. Kamaras,* for plaintiff. *Robert C. Hogan,* for defendants.

September 26, 1975.

M. P. No. 75-246. IN THE MATTER OF IRVING NARDOLILLO, JR. Motion of State for a stay of order entered in the Family Court on August 5, 1975 is granted. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for State of Rhode Island. *Richard D'Addario,* Rhode Island Legal Services, Inc., for Irving Nardolillo, Jr.

APPEAL No. 75-107. LEE WILLIAM POWERS *v.* JACK CARVALHO. Motion of plaintiff to dismiss appeal is denied. *John F. McBurney,* for plaintiff. *Blais, Cunningham, Thayer, Gagnon & Ross, Ronald R. Gagnon, Henry J. Blais III,* for defendant.

APPEAL No. 75-124. JAMES H. VAN ALEN *et al. v.* KENNETH V. STEIN, *Tax Assessor, City of Newport.* Motion of plaintiffs to dismiss the appeal under Rule 16 is denied. The defendant's motion that he be granted a 10-day extension of time to file his brief is granted. *Louis Baruch Rubinstein, Robert S. Ciresi,*